# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

129613

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAURI HUBER, f/k/a
LAURI CARPENTER,
      Plaintiff-Appellee,

v

BRIAN DEAN,
      Defendant-Appellant.

SC: 129613
COA: 263551
Calhoun CC: 2001-002077-DC

_____/

On order of the Court, the application for leave to appeal the August 29, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would remand this case to the trial court for further consideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

p1208